1
2
3                        UNITED STATES DISTRICT COURT
4                       NORTHERN DISTRICT OF CALIFORNIA
5                                SAN JOSE DIVISION
6

| TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., | Case No. 14-cv-00362-BLF |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| TELA INNOVATIONS, INC., | |
| Defendant. | |

On 05/07/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Hearing on Motions in Limine | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1       IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3       IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5       IT IS FURTHER ORDERED THAT the Motion to Dismiss hearing is set for 07/10/201
6   at 9:00 AM.
7       IT IS FURTHER ORDERED THAT parties are to file a Joint Case Management Statement
8   proposing dates through trial or referring court to previously filed Case Management Statement.
9       IT IS FURTHER ORDERED THAT a Further Case Management Conference is set for
10  08/14/2014 at 1:30 PM.

12  Dated: May 09, 2014

13  _____
14  BETH LABSON FREEMAN
    United States District Judge